# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3405

_____

| | | |
|---|---|---|
| Mark A. Willett, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | Tax Court. |
| Commissioner of Internal Revenue, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 6, 2009
Filed: April 1, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mark Willett challenges the tax court's[1] order dismissing his pro se petition and imposing a $10,000 penalty under 26 U.S.C. § 6673. After careful review, we conclude that the dismissal and the penalty were proper. Accordingly, we affirm. See 8th Cir. R. 47B. All pending motions are denied.

_____

_____

[1]The Honorable Stanley J. Goldberg, United States Tax Court Judge.